UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARUN RATTAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-224 |
| KNOX COUNTY GENERAL SESSIONS | ) | |
| COURT and KNOX COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT ORDER

This case came before the Court on the Motions to Dismiss filed by the Defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Arun Rattan take nothing, that Plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the Defendants recover of the Plaintiff their costs of action.

Dated at Knoxville, Tennessee, this __19th__ day of December 2012.

　　　　　　　　　　　　　　　　　　　　_____s/ Debra C. Poplin_____

　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court